# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
## Eastern Division

Shenzhen Huajie Technology Co Ltd.

                                                Plaintiff,

v.                                                                         Case No.: 1:22−cv−03277

                                                                        Honorable Steven C. Seeger

The Individual, Partnership, or Unincorporated Association Identified on Schedule "A"

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 19, 2022:

      MINUTE entry before the Honorable Steven C. Seeger: Plaintiff's motion to seal (Dckt. No. [7]) is hereby granted. Mailed notice(jjr, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.